IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| GEORGE SWAN and MELISSA BELL, <br><br> Plaintiffs, <br><br> v. <br><br> NICK GROUP, INC. d/b/a SWANSON TOWING AND RECOVERY and SARAH CHA, <br><br> Defendants. | CIVIL ACTION FILE <br><br> NO. 1:11-cv-1713-WSD |

## JOINT PRELIMINARY REPORT AND DISCOVERY SCHEDULE

1. **Description of the Case:**

    (a) **Describe briefly the nature of this action.**

    Plaintiffs claim that while employed by Defendant Nick Group, Inc. they were not paid minimum wage and overtime as required by the Fair Labor Standards Act, 29 U.S.C. §§ 201, et seq. Defendants deny Plaintiffs' claims.

    (b) **Summarize, in the space provided below, the facts of this case. The summary should not be argumentative nor recite evidence.**

    Defendant Nick Group, Inc. operates a towing business. Defendant Cha is an owner and officer of the corporation. Plaintiffs contend that they were not paid minimum wage and overtime as required by the Fair Labor Standards Act.

IT IS SO ORDERED, this 21st day of July, 2011.

_____
United States District Judge