IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| GEORGE SWAN and MELISSA BELL,<br><br>　　　Plaintiffs,<br><br>　　　v.<br><br>NICK GROUP, INC. d/b/a SWANSON TOWING AND RECOVERY and SARAH CHA,<br><br>　　　Defendants. | CIVIL ACTION FILE<br><br>NO. 1:11-CV-1713-WSD |

**NOTICE OF DEPOSITIONS OF PLAINTIFFS SWAN AND BELL**

Please take notice that, under Fed. R. Civ. P. 26, 30, 32, Defendants will take oral depositions as follows:

| NAME | PLACE | DATE AND TIME |
|---|---|---|
| Plaintiff George Swan | Hollberg & Weaver, LLP<br>2921 Piedmont Rd., Ste. C<br>Atlanta, GA  30305 | 10:00 a.m., Wednesday, January 18, 2012 (or to follow Bell) |
| Plaintiff Melissa Bell | Hollberg & Weaver, LLP<br>2921 Piedmont Rd., Ste. C<br>Atlanta, GA  30305 | 10:00 a.m., Wednesday, January 18, 2012 (or to follow Swan) |

A certified court reporter will be present to take down the testimony by stenographic means.

- 2 -

        Respectfully Submitted,

        s/George M. Weaver

| | |
|---|---|
| George M. Weaver | 743150 |
| Jeffrey A. Shaw | 557870 |

        Attorneys for Defendants

HOLLBERG & WEAVER, LLP.
2921 Piedmont Rd., N.E., Suite C
Atlanta, GA  30305
404-760-1116
gweaver@hw-law.com
jshaw@hw-law.com

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| GEORGE SWAN and MELISSA BELL,<br><br>    Plaintiffs,<br><br>v.<br><br>NICK GROUP, INC. d/b/a SWANSON TOWING AND RECOVERY and SARAH CHA,<br><br>    Defendants. | CIVIL ACTION FILE<br><br>NO. 1:11-CV-1713-WSD |

## CERTIFICATE OF SERVICE

I hereby certify that I have this date electronically filed the foregoing NOTICE OF DEPOSITIONS OF PLAINTIFFS SWAN AND BELL with the Clerk of the Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

Paul J. Sharman, Esq.
11175 Cicero Dr., Suite 100
Alpharetta, Georgia 30022

- 1 -

This 13th day of January, 2012.

                                HOLLBERG & WEAVER, LLP

                                s/George M. Weaver
                                George M. Weaver       743150
                                Jeffrey A. Shaw        557870
                                Attorneys for Defendants

HOLLBERG & WEAVER, LLP
2921 Piedmont Road, N.E., Suite C
Atlanta, Georgia 30305
(404) 760-1116
gweaver@hw-law.com
jshaw@hw-law.com