IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| GEORGE SWAN and MELISSA BELL, | |
| Plaintiffs, | CIVIL ACTION FILE |
| v. | NO. 1:11-cv-1713-WSD |
| NICK GROUP, INC. d/b/a SWANSON TOWING AND RECOVERY and SARAH CHA, | |
| Defendants. | |

## **ORDER**

This matter comes before the court on the parties' joint motion for approval of their Fair Labor Standards Act settlement. Having reviewed the parties' joint motion, the Court concludes that the settlement should be approved because this matter was a bona fide dispute, and the proposed settlement is a fair and reasonable resolution of that dispute. Given these considerations, the parties' joint motion is GRANTED.

SO ORDERED, this **21**st day of November, 2013.

Judge William S. Duffey, Jr.
United States District Court
Northern District of Georgia